### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

**KAREN MAHONY**                                                                   **PLAINTIFF**

    **v.**                                    **CIVIL NO. 2:26-CV-02005-DCF**

**JUDGE SARAH CAPP, Judicial Officer of the 7th State
District Court, Franklin County, Arkansas; and,
TERA LYNN CRIPPEN, Prosecuting Attorney for
Franklin County, Arkansas**                                          **DEFENDANTS**

### <u>ORDER</u>

Now before the Court is the Report and Recommendation (ECF No. 7) filed in this case on February 27, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  No party filed objections to the R&R, and the time to file objections has now passed.

Accordingly, the Court **ADOPTS** the Report and Recommendation **IN ITS ENTIRETY**.  Upon preservice screening, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE,** pursuant to 28 U.S.C. § 1915A. The claim against Defendant, Judge Sarah Capp, is dismissed because Judge Capp is immune from suit.  The remaining claims are dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.  Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, **the Clerk is directed to place a § 1915(g) strike flag on the case** for future judicial consideration.  Finally, pursuant to 28 U.S.C. §

1915(a)(3), the Court finds that any appeal from this dismissal would not be taken in good faith.

      **IT IS SO ORDERED** this 14th day of July 2026.


*/s/David Clay Fowlkes*
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE